**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

_____

ENRIQUE COETO HERRERA,                    :
       Petitioner,                              :
                                                :
       v.                                       :    No.    2:26-cv-04677
                                                :
J. L. JAMISON, _Warden, Federal Detention_ :
_Center, Philadelphia_; BRIAN MCSHANE,  :
_Acting Field Office Director of Enforcement_ :
_and Removal Operations, Philadelphia Field_:
_Office United States Immigration and_     :
_Customs Enforcement_; MARKWAYNE      :
MULLIN, _Secretary, Department of_         :
_Homeland Security; and_ TODD BLANCHE,:
_U.S. Attorney General_:                    :
       Respondents.                             :

_____

# O R D E R

**AND NOW,** this 8th day of July, 2026, upon consideration of Petitioner Enrique Coeto

Herrera's Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241, **IT IS ORDERED THAT**:

    1.    Petitioner SHALL promptly serve the Office of the United States Attorney by email

at the following addresses: desiree.wilkins@usdoj.gov, anthony.stjoseph@usdoj.gov,

susan.becker@usdoj.gov, and gregory.david@usdoj.gov.

    2.    **No later than July 15, 2026**, Respondents SHALL file an expedited response to the

Petition, along with any exhibits, copies of all relevant documents, and an index of

exhibits/documents.  The response shall state the statutory authority for Petitioner's detainment and

provide the related legal analysis and record evidence supporting the asserted statutory basis for

detention.  The response shall also address whether a bond hearing is required and whether the

petition for writ of habeas corpus may be decided on the papers.

    3.    **No later than July 18, 2026**, Petitioner may file a reply to the response.  If

Petitioner has not already done so, Petitioner shall advise whether a bond hearing is required and

whether the petition for writ of habeas corpus may be decided on the papers.

    4.    Petitioner SHALL NOT be transferred outside the Commonwealth of Pennsylvania

while the above-captioned action is pending.

                                    BY THE COURT:

                                    _/s/ Joseph F. Leeson, Jr._
                                    JOSEPH F. LEESON, JR.
                                    United States District Judge